**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **RODNEY JOHNSON, #672124** | § | |
| VS. | § | **CIVIL ACTION NO. 5:05cv181** |
| **MICHAEL CARLOCK, ET AL.** | § | |

### ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the complaint should be dismissed. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff's civil rights claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). The Plaintiff may refile his civil rights lawsuit if he satisfies the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994). The Plaintiff's possible habeas corpus claims arising out of the facts of this case are **DISMISSED** without prejudice. It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 8th day of March, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE